IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE WILLIAMS, ) | |
| ) | 2:08-cv02896-GEB-GGH |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER RE: SETTLEMENT |
| ) | AND DISPOSITION |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

On January 20, 2009, Plaintiff filed a Notice of Settlement in which she states the parties "have reached settlement of the present matter and are in the process of finalizing settlement . . ." Therefore, a dispositional document shall be filed no later than March 6, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The status conference scheduled for March 30 2009, is rescheduled to commence at 9:00 a.m. on June 29, 2009, in the event that no dispositional document is filed, or if this action is not

1  otherwise dismissed.  Further, a joint status report shall be filed
2  fourteen days prior to the status conference.[1]
3           IT IS SO ORDERED.
4  Dated:  February 12, 2009

6                                    _____
                                     GARLAND E. BURRELL, JR.
7                                    United States District Judge

---

[1]   A status conference will remain on calendar because it is unclear whether a binding settlement exists.  Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2